■ PEOPLE, Respondent, v DALE BURTON, Appellant.—Motion to compel the production of documents denied. Memorandum: At the time this appeal is perfected, the Court will direct

that the probation report be sent directly to the Court. Present—Callahan, J. P., Doerr, Boomer, Lawton and Davis, JJ.